THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COX OPERATING, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:07-cv-02724 |
| | § | |
| ST. PAUL SURPLUS LINES | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

### ORDER OF WITHDRAWAL

The Court, having examined the foregoing Motion to Withdraw as Counsel, is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the motion is GRANTED and that Steven W. Copley, C. Peck Hayne Jr., William A. Sherwood, Charles L. Stinneford, Sara E. Mouledoux, Abaigeal L. Van Deerlin and the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, LLC are hereby withdrawn as co-counsel to Cox Operating, L.L.C. in this action, shall be removed from the CM/ECF system with regards to this civil action, and no further court notices shall be forwarded to them.

Signed this 15th day of Nov., 2010.

United States District Court Judge or United States
Magistrate Judge